UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**                'O'

| Case No. | 5:16-CV-00702 -CAS (DTBx) | Date | June 24, 2016 |
|---|---|---|---|
| Title | MANUEL BRAVO MARTINEZ v. CITY OF COLTON, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

Not Present                                              Not Present

**Proceedings:**   (IN CHAMBERS) - DEFENDANTS CITY OF COLTON & COLTON POLICE DEPARTMENT'S RULE 12(b)(6) MOTION TO DISMISS (Dkt. 10, filed May 25, 2016)

On April 14, 2016, plaintiff Manuel Bravo Martinez filed this putative class action complaint against defendants City of Colton ("Colton") and Colton Police Department ("CPD"), collectively, the "City Defendants"; County of San Bernardino ("County"); San Bernardino County Sheriff's Department ("SBCSD"); San Bernardino County Sheriff John McMahon ("McMahon"); and Does 1-10.[1]

On May 25, 2016, the County, SBCSD, and County Sheriff John McMahon filed an answer to the operative complaint. Dkt. 9.

Also on May 25, 2016, defendants City of Colton and CPD filed a motion to dismiss this action pursuant to Federal Rule of Civil Procedure 12(b)(6). Dkt. 10 ("Motion"). On June 6, 2016, plaintiff timely filed an opposition to the instant motion,

---

[1] The operative complaint asserts the following claims: Claim No. 1 against all defendants for violation of the Fourth Amendment by false arrest, asserted in plaintiff's individual capacity only; Claim No. 2 against all defendants for violation of the Fourteenth Amendment by wrongful incarceration, asserted against all defendants both individually and as a class representative; Claim No. 3 against the City of Colton and the Colton Police Department for false arrest in violation fo Article I, Section 13 of the California Constitution, asserted in plaintiff's individual capacity only; and Claim No. 4 against the County of San Bernardino and McMahon for common law false imprisonment, asserted only in plaintiff's individual capacity.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**       'O'

| Case No. | 5:16-CV-00702 -CAS (DTBx) | Date | June 24, 2016 |
|---|---|---|---|
| Title | MANUEL BRAVO MARTINEZ v. CITY OF COLTON, ET AL. | | |

and also attached a proposed First Amended Complaint. Dkt. 14 ("Opp'n"). On June 13, 2016, defendants Colton and CPD filed a reply. Dkt. 16 ("Reply").

For good cause shown pursuant to Federal Rule of Civil Procedure 15, the Court grants plaintiff's request to file a First Amended Complaint, and accordingly **DENIES AS MOOT** the instant motion to dismiss the original complaint. Plaintiff may file a First Amended Complaint in this action within **fourteen (14) days** of the date of this minute order.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |