## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL                    'O'

| Case No. | 5:16-CV-00702 CAS(DTBx) | Date | July 20, 2016 |
|---|---|---|---|
| Title | MANUEL BRAVO MARTINEZ v. CITY OF COLTON, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) - PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO CONDUCT DISCOVERY (Dkt. 27, filed July 14, 2016)

On June 27, 2016, plaintiff Manuel Bravo Martinez ("plaintiff") filed the operative First Amended Complaint ("FAC") in this putative class action against defendants City of Colton ("Colton") and Colton Police Department ("CPD") (collectively, "the City Defendants"); defendants County of San Bernardino, San Bernardino County Sheriff's Department ("SBCSD"), and San Bernardino County Sheriff John McMahon ("McMahon") (collectively, the "County Defendants"); and Does 1-10.  Dkt. 19.  On July 11, 2016, pursuant to Federal Rule of Civil Procedure 12(b)(6), the County Defendants filed a motion to dismiss, which is currently set for hearing on August 22, 2016.  Dkt. 22.

On July 14, 2016, plaintiff filed the instant ex parte application for leave to conduct expedited discovery in advance of August 1, 2016, the due date for plaintiff's opposition to the County Defendants' motion to dismiss.  Dkt. 27.  Plaintiff argues that because the County Defendants have attached three documents to their motion to dismiss, defendants "have converted their Motion to Dismiss into a Motion for Summary Judgment," pursuant to Rule 12(d) of the Federal Rules of Civil Procedure.  Dkt. 27, at 8. Rule 12(d) states as follows:

> If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56.  All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**             **'O'**

| Case No. | 5:16-CV-00702 CAS(DTBx) | Date | July 20, 2016 |
|----------|--------------------------|------|----------------|
| Title | MANUEL BRAVO MARTINEZ v. CITY OF COLTON, ET AL. | | |

Here, the County Defendants have not sought to convert their motion to dismiss into one for summary judgment, and the Court has yet to construe the motion as one that will require consideration of "matters outside the pleadings." See id. Accordingly, plaintiff's request for discovery pursuant to Rule 12(d) is premature and is appropriately **DENIED** without prejudice to renewal.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |