1  JAMES H. THEBEAU, CA Bar No. 128845
   Deputy County Counsel
2  JEAN-RENE BASLE, CA Bar No. 134107
   County Counsel
3  385 North Arrowhead Avenue, Fourth Floor
   San Bernardino, CA  92415-0140
4  Telephone: (909) 387-4402
   Facsimile:  (909) 387-4069
5  *jthebeau@cc.sbcounty.gov*

6

7  Attorneys for Defendants County of San Bernardino, San Bernardino County Sheriff's Department, and Sheriff John McMahon

8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BRAVO MARTINEZ, | CASE NO. CV 16-00702 CAS (DTBx) |
| Plaintiff[s] | **NOTICE OF APPEAL BY SHERIFF JOHN McMAHON, COUNTY OF SAN BERNARDINO AND SAN BERNARDINO COUNTY SHERIFF DEPARTMENT FROM ORDER DENYING MOTION TO DISMISS** |
| v. | |
| CITY OF COLTON; COLTON POLICE DEPARTMENT; COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SHERIFF JOHN McMAHON, and COLTON POLICE OFFICER MATTHEW COLLINS (#4277), in both his individual and official capacity; and DOES 1 through 19, in both their individual and official capacities, | Honorable District Court Judge Christina A. Snyder |
| Defendant[s] | |

1

NOTICE OF APPEAL BY COUNTY DEFENDANTS

1  NOTICE IS HEREBY GIVEN that defendants Sheriff John McMahon, County of San Bernardino and San Bernardino County Sheriff's Department (County defendants) appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order (Document No. 41, filed August 30, 2016) denying qualified immunity to Sheriff McMahon and absolute immunity to the County defendants as to the state law claim.  Defendants County of San Bernardino and San Bernardino County Sheriff's Department additionally invoke pendent appellate jurisdiction as to that portion of the order denying the motion to dismiss the Second Claim for Relief.

This interlocutory appeal by Sheriff McMahon is authorized for a denial of qualified immunity.  <u>Mitchell v. Forsyth</u>, 472 U.S. 511, 530, 105 S. Ct. 2806 (1985); <u>Puerto Rico Aqueduct and Sewer Authority v. Metcalf and Eddy, Inc.</u>, 506 U.S. 139, 143-144, 113 S.Ct. 684 (1993) ("absent immediate appeal, the central benefits of qualified immunity—avoiding the costs and general consequences of subjecting public officials to the risks of discovery and trial—would be forfeited"); <u>Chavez v. United States</u>, 683 F.3d. 1102, 1108 (9th Cir. 2012).  This interlocutory appeal is also authorized by <u>Garcia v. County of Riverside</u>, 817 F.3d 635, 639 (9th Cir. 2016), holding that the denial of a dispositive motion based on absolute immunity under state law (Civil Code § 43.55, Penal Code § 847 and Government Code § 815) is subject to immediate appellate jurisdiction.

Pursuant to <u>Hurley v. City of San Jose</u>, 204 F.3d 893, 904-905 (9th Cir. 2016), defendants County of San Bernardino and San Bernardino County Sheriff's Department hereby invoke pendent appellate jurisdiction as to the order denying their motion to dismiss the Second Claim for Relief.  As in <u>Hurley</u>, a conclusion that Sheriff McMahon is entitled to qualified immunity because plaintiff Martinez failed to state a claim upon which relief can be granted for a Fourteenth

Amendment violation necessarily forecloses relief against defendants County of San Bernardino and San Bernardino Sheriff's Department under 42 USC § 1983.

This appeal is timely pursuant to Federal Rules of Appellate Procedure, Rule 4(a)(1)(A).

Dated:  September 9, 2016            JEAN-RENE BASLE
                                      County Counsel

                                      /s/ James H. Thebeau
                                      JAMES H. THEBEAU
                                      Deputy County Counsel
                                      Attorneys for Defendants, County of San Bernardino, San Bernardino County Sheriff's Department and Sheriff John McMahon