1  **DONALD W. COOK**, CSB 116666
   ATTORNEY AT LAW
2  3435 Wilshire Blvd., Suite 2910
   Los Angeles, CA 90010
3  Telephone: (213) 252-9444
   Fax: (213) 252-0091
4  E-mail: manncook@earthlink.net

5  Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BRAVO MARTINEZ,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF COLTON; COLTON POLICE DEPARTMENT; COUNTY OF SAN BERNARDINO; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT; SHERIFF JOHN McMAHON, in both his individual and official capacity; and DOES 1 through 10, in both their individual and official capacities,<br><br>Defendants. | Case No. 5:16-CV-00702 CAS (DTBx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST TO TAKE STATUS CONFERENCE OFF CALENDAR**<br><br>**Status Conference:**<br>**Date: July 10, 2017**<br>**Time: 11:00 a.m.**<br>**Ctrm: 8D** |

TO THE HON. CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE:

The parties have reached a settlement in this case.

The City Council of defendant City of Colton and the Board of Supervisors for defendant County of San Bernardino have approved settlement agreements disposing of this case; Plaintiff awaits only the issuance of the settlement checks. Given this status, Plaintiff requests that the Court take off calendar the status conference set for Monday, July 10, 2017, and set a date for an OSC re dismissal approximately 30 days hence on a

1 | date convenient to the Court. Defendants do not object this request.

2 | DATED: July 6, 2017

**DONALD W. COOK**
Attorney for Plaintiff

By_____
Donald W. Cook

00119481.WPD